Milton Hay Brown and Stuart Brown, trading as Haylands Farms, Inc., appellees, v. Baltimore and Ohio Railroad Company, appellant. Gen. No. 8,861.

Opinion filed January 14,
1935. Rehearing denied April 2, 1935.

Graham & Graham, for appellant; William A. Eggers, of counsel.
Brown, Hay & Stephens, for appellees; Albert C. Schlipf and Leigh
M. Kagy, of counsel.

Mr. Justice Davis delivered the opinion of the court.